**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
               Appellant,

vs.

THE STATE OF NEVADA,
               Respondent.

No. 67824

**FILED**

JUN 0 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

Our review of this appeal reveals a jurisdictional defect. The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). No statute or court rule provides for an appeal when a defendant is not allowed to make a personal appearance at a parole hearing. Accordingly, we

ORDER this appeal DISMISSED.

                                   , J.
                            Saitta

_____, J.            _____, J.
Gibbons                            Pickering

15-16574

cc: Hon. Susan Johnson, District Judge
Percy Lavae Bacon
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk